

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | NOREEN STACKHOUSE<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-9736<br>Fax: (212) 788-9776 |

January 18, 2012

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Gregory Damato, et al. v. City of New York, et al.,
               11 CV 2198 (KAM)(LB)

Your Honor:

      I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled. The executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL will be submitted to the Court shortly.

      Thank you for your consideration herein.

Respectfully submitted,

Noreen Stackhouse
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Brett H. Klein, Esq. (By ECF)
        Attorney for Plaintiffs
        Leventhal & Klein, LLP
        45 Main Street, Suite 230
        Brooklyn, New York 11201